## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | Hon. Lois H. Goodman |
| | : | |
| v. | : | Mag No. 14-4518 (LHG) |
| | : | |
| NOBLE EL-BEY, | : | **Motion for Unsecured Release** |
| a/k/a "Terrance Gamble," | : | **And To Set Conditions of Release** |
| a/k/a "Terry Gambly," | : | |
| a/k/a "T," | : | |
| a/ka/ "Terry" | : | |

TO: Fabiana Pierre-Louis
US Attorney's Office
402 East State Street, Room 430
Trenton, New Jersey 08608

Steven Casale
Pre-Trial Services
402 East State Street, Room 100
Trenton, New Jersey 08608

**PLEASE TAKE NOTICE** that on a date to be set by the Court, the undersigned attorney for the defendant shall apply before the Court for an Order granting release from custody and setting conditions of release. In support of this motion, defendants shall rely upon the attached Certification and oral argument.

McKenna, DuPont, Higgins & Stone
Attorneys for Defendant, Nobel El-Bey

EDWARD G. WASHBURNE, ESQ.

Dated: October 31, 2014