# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA : | Hon. Lois H. Goodman |
| v. : | Mag No. 14-4518 (LHG) |
| NOBLE EL-BEY, : | **Certification of Noble El-Bey** |
| a/k/a "Terrance Gamble," : | **In Support of Motion** |
| a/k/a "Terry Gambly," : | **To Set Conditions of Release** |
| a/k/a "T," : | |
| a/ka/ "Terry" : | |

1. I am a defendant in the above-captioned matter.
2. I make this Certification in support of my motion to set conditions of my release from incarceration.
3. I am 42 years old and a life-long resident of the community.
4. I have significant health problems which can only be properly addressed by my release from jail and my presence in the community. I am under the care of my primary care physician, Dr. Neil Agrawal in Howell, New Jersey, and my Cardiologist, Dr. Renato Apolito in Neptune, New Jersey. I see Dr. Agrawal every 3 months; my next appointment with him in in November, 2014. I see Dr. Apolito every 6 months; my next appointment with him is in December, 2014. I am also on numerous prescribed medications. I would be pleased to state under oath before the Court the details of my health issues.
5. I am married to Isys El-Bey and have been since 2002. We have 3 children together, the youngest of whom are 14 and 9 years old. I have always been and remain a significant parental presence in my children's lives and received the outstanding parent award from my daughter's school.
6. When released I will reside with either my wife and children at 1100 Atlantic Avenue, Apt. E-10, Asbury Park, New Jersey or my stepmothers, Kia Jones Gamble at 1303

Bangs Avenue, Asbury Park, New Jersey. My wife is gainfully employed as a Certified Nurses Aid.

7. This information is brought to the Court's and Governments attention to show that I am an acceptable bail risk, with serious medical problems, long-term ties to the community and family responsibilities. I am not a flight risk or a danger to the community.

*N. El-Bey*
NOBLE EL-BEY

Dated: 10/31/14