UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Lois H. Goodman |
| v. | : Mag. No. 14-4518 (LHG) |
| NOBLE EL-BEY, a/k/a "Terrence Gamble," a/k/a "Terry Gamble," a/k/a "T," a/k/a "Terry" | : **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Fabiana Pierre-Louis, Assistant U.S. Attorney), and defendant Noble El-Bey (by Anthony G. Simonetti, Esq., attorney for defendant), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days; and five continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and as the defendant has consented to such a continuance for a period of 60 days, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties have reached a plea agreement, a plea hearing is scheduled for September 22, 2015 at 12:00 p.m. before the Honorable Anne E. Thompson, and the parties desire additional time to enter such plea, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _8th_ day of _September_ 2015,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from September 13, 2015 through and including November 11, 2015;

IT IS FURTHER ORDERED that the period from September 13, 2015 through and including November 11, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE LOIS H. GOODMAN
United States Magistrate Judge

I hereby consent to the form
and entry of this Order.

Fabiana Pierre-Louis
Assistant U.S. Attorney

Anthony G. Simonetti, Esq.
Attorney for Defendant Noble El-Bey

APPROVED BY:

Eric W. Moran
Attorney-in-Charge, Trenton

Nelson S.T. Thayer, Jr.
Deputy U.S. Attorney

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___ ___ day of __ _____ 2015,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from September 13, 2015 through and including November 11, 2015;

IT IS FURTHER ORDERED that the period from September 13, 2015 through and including November 11, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/
_____
HONORABLE LOIS H. GOODMAN
United States Magistrate Judge

I hereby consent to the form
and entry of this Order.

*Fabiana Pierre-Louis*
Fabiana Pierre-Louis
Assistant U.S. Attorney

*Anthony G. Simonetti*
Anthony G. Simonetti, Esq.
Attorney for Defendant Noble El-Bey

APPROVED BY:

*Eric W. Moran*
Eric W. Moran
Attorney-In-Charge, Trenton

*Nelson S.T. Thayer, Jr.*
Nelson S.T. Thayer, Jr.
Deputy U.S. Attorney

2